Kristin A. Zilberstein, Esq. (SBN 24104960)
GHIDOTTI │ BERGER LLP
600 E. John Carpenter Fwy., Suite 246
Ph:  (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

**Attorney for Creditor,**
U.S. BANK TRUST NATIONAL ASSOCIATION,AS TRUSTEE OF THE IGLOO SERIES III TRUST,
its successors and assigns

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | CASE NO.: 14-44925-elm13 |
| | § | |
| **Monte Keith Woods** | § | |
| | § | |
| **DEBTORS,** | § | CHAPTER 13 |
| | § | |
| **U.S. BANK TRUST NATIONAL ASSOCIATION,** | § | |
| | § | |
| **AS TRUSTEE OF THE IGLOO SERIES III** | § | |
| | § | |
| **TRUST CREDITOR,** | § | |
| | § | |
| | § | |

## RESPONSE TO NOTICE OF FINAL CURE

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:**

U.S. BANK TRUST NATIONAL ASSOCIATION,AS TRUSTEE OF THE IGLOO SERIES III TRUST, ("**Secured Creditor**") in the above-entitled Bankruptcy proceeding, hereby submits the following reply to Notice of Final Cure  ("**Notice**") filed on January 9, 2020, by the Chapter 13 Trustee, Pam Bassel.

Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on February 8, 2038 and is secured by a Deed of Trust on the subject property commonly known as 2303 Stillmeadow Drive, Arlington TX 76014(the "**Property**").

Secured Creditor agrees that all pre-petition arrears have been cured.

Secured Creditor does not agree that the Debtor, is current post-petition.  The Debtor is due for the November 2019 post-petition monthly mortgage payment and all subsequent payments for a total post-petition default as follows:

| Date | Payment Amount |
|------|----------------|
| 11/1/2019 | $1,243.19 |
| 12/1/2019 | $1,243.19 |
| 1/1/2020 | $$1,243.19 |
| **Total** | **$3,729.57** |

A true and correct copy of the post mortgage modification payment history is attached hereto as **Exhibit "A"**.

Respectfully submitted,

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
State Bar No.: 24104960
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
kzilberstein@ghidottilaw.com
**COUNSEL FOR SECURED CREDITOR**

# Exhibit "A"

 **BSI Financial Services**

**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 5/1/2019 | $772.73 | $470.46 | $1,243.19 | Per Loan Mod |
| | | $0.00 | | NOPC |
| | | $0.00 | | NOPC |
| | | $0.00 | | NOPC |
| | | $0.00 | | |
| | | $0.00 | | |

**Loan Information**

Redacted

| | |
|---|---|
| Borrower | Woods |
| BK Case # | 14-44925 |
| Date Filed | 12/5/2014 |
| First Post Petition Due Date | |
| POC Covers | Loan Mod entered 5/1/19 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2019 | $1,243.20 | 5/1/2019 | 5/1/2019 | $1,243.19 | $0.01 | $0.01 | | | | | $0.00 | $0.00 | |
| 8/2/2019 | $1,250.00 | 6/1/2019 | 6/1/2019 | $1,243.19 | $6.81 | $6.81 | | | | | $0.00 | $0.00 | |
| 8/30/2019 | $1,300.00 | 7/1/2019 | 7/1/2019 | $1,243.19 | $56.81 | $56.81 | | $63.63 | | | $0.00 | $0.00 | |
| 10/15/2019 | $1,243.19 | 8/1/2019 | 8/1/2019 | $1,243.19 | $0.00 | | | $63.63 | | | $0.00 | $0.00 | |
| 11/29/2019 | $1,250.00 | 9/1/2019 | 9/1/2019 | $1,243.19 | $6.81 | $6.81 | | $70.44 | | | $0.00 | $0.00 | |
| 12/27/2019 | $1,250.00 | 10/1/2019 | 10/1/2019 | $1,243.19 | $6.81 | $6.81 | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |
| | | | | $0.00 | | | | $77.25 | | | $0.00 | $0.00 | |

## CERTIFICATE OF SERVICE

On **January 27, 2020**, I served the foregoing documents described as **RESPONSE TO NOTICE OF FINAL CURE,** on the following individuals by electronic means thorugh the Court's ECF program:

**COUNSEL FOR DEBTOR**        **CHAPTER 13 TRUSTEE**
Christopher Marvin Lee            Pam Bassel
ecf@leebankruptcy.com          fwch13cmecf@fwch13.com

**U.S. TRUSTEE**
United States Trustee
ustpregion06.da.ecf@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Alarcon
Enrique Alarcon

On **January 27, 2020**, I served the foregoing documents described as **RESPONSE TO NOTICE OF FINAL CURE,** on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Monte Keith Woods
2303 Stillmeadow Drive
Arlington, TX 76014

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Alarcon
Enrique Alarcon